**SULAIMAN LAW GROUP, LTD**
Bobby C. Walker (State Bar No.321788)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
bwalker@sulaimanlaw.com

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. BETH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC.,<br><br>　　　　Defendant. | Case No. 2:22-cv-08033-CAS-MARx<br><br>**DISMISSAL AND ORDER** |

　　Plaintiff, BRIAN J. BETH ("Plaintiff"), by and through the undersigned attorney, having filed with this Court his Notice of Voluntary Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, CREDENCE RESOURCE MANAGEMENT, LLC.

　　IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to CREDENCE RESOURCE MANAGEMENT, LLC. Each party shall bear its own costs and attorney fees.

Dated: December 22, 2022

_____*Christina A. Snyder*_____
Judge, U.S. District Court